UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK MENDONSA, | Case No. 1:22-cv-00731-DAD-BAM |
| Plaintiff, | **ORDER RE SECOND STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT** |
| v. | |
| LAND O'LAKES, INC., et al., | (Doc. 10) |
| Defendants. | |

Plaintiff Frank Mendonsa filed a complaint in this matter on June 15, 2022. (Doc. 1.) Defendants Land O'Lakes, Inc., Land O'Lakes Insurance Solutions, LLC, Buypoint Services Co., LLC, Adam Cardwell, and Corey Ramsden Scott ("Defendants") were served with the complaint on June 21, 2022.

On July 19, 2022, pursuant to Local Rule 144(a), the parties filed a stipulation to extend the deadline for Defendants to respond to the complaint from July 12, 2022, to July 26, 2022. (Doc. 9.) Local Rule 144(a) permits an initial stipulation extending the time to respond to the complaint for no more than twenty-eight days without the approval of Court. All other extensions of time must be approved by the Court. L.R. 144(a).

Currently before the Court is the parties' second stipulation to extend the deadline for Defendants to respond to the complaint, which requires Court approval. (Doc. 10.) Having considered the brief stipulation, the parties' request is GRANTED. Defendants shall respond to

1

1  Plaintiff's complaint on or before August 2, 2022.

2

3  IT IS SO ORDERED.

4  Dated:  **August 1, 2022**              /s/ *Barbara A. McAuliffe*     
5                                        UNITED STATES MAGISTRATE JUDGE